## BARR *v.* RIGGS.

[No. 14,090.   Filed September 3, 1930.]

*Joseph Funk, Harvey Harmon* and *Rinier, Smith & Wickliff,* for appellant.

*James W. Noel, Hubert Hickam, Alan W. Boyd* and *Robert D. Armstrong,* for appellee.

NEAL, C. J.—Affirmed, on authority of *Hoosier Veneer Co.* v. *Ingersoll* (1922), 78 Ind. App. 518, 134 N. E. 301.

## KLEIHEGE *v.* GREGORY ET AL.

[No. 14,097.   Filed September 3, 1930.]

*William J. Whinery,* for appellant.

*Frederick C. Crumpacker, Edwin H. Friedrich* and *Jay E. Darlington,* for appellees.

NEAL, C. J.—It appears from information furnished this court by appellant that all questions involved in this appeal have been fully settled between the parties.   The cause is hereby dismissed, at the costs of appellants.

## COBB *v.* INDIANAPOLIS POWER AND LIGHT COMPANY.

[No. 14,013.   Filed June 12, 1930.   Rehearing denied September 4, 1930.]

*Robert R. Dalton,* for appellant.

*Herman L. McCray, Edward J. Boleman, Burrell Wright* and *Jacob S. White,* for appellee.

PER CURIAM.—Affirmed.